IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM YERANSIAN, in his capacity as the representative of certain contingent value rights under the Contingent Value Rights Agreement dated October 15, 2010;<br><br>Plaintiff,<br><br>vs.<br><br>B. RILEY & CO. LLC, a Virginia Limited Liability Company; and FBR CAPITAL MARKETS & CO., a Subsidiary of B. Riley FBR, Inc. a Virginia Corporation;<br><br>Defendants. | 8:18CV220<br><br>**ORDER** |

Plaintiff's complaint was erroneously filed in this forum.

IT IS ORDERED:

1) Plaintiff's motion, (Filing No. 3), is granted.

2) Plaintiff's complaint is withdrawn.

3) The clerk is directed to refund the filing fee and close this case.

Dated this 22nd day of May, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge